# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-7075**                                **September Term, 2025**

**1:25-cv-01033-UNA**

**Filed On:** October 2, 2025

Bontle Sipho Khoza,

        Appellant

    v.

William B. Bryant Annex Courthouse,
Security Guard,

        Appellee

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Walker, Childs, and Pan, Circuit Judges

### J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's dismissal order entered May 6, 2025, be affirmed. Appellant has shown no error in the district court's conclusion that the allegations of appellant's complaint were frivolous and failed to allege facts sufficient to establish jurisdiction. See Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 377 (1994) (noting that party asserting jurisdiction bears the burden of establishing it); Hagans v. Lavine, 415 U.S. 528, 536-37 (1974) (noting that federal courts are without power to entertain claims otherwise within their jurisdiction if they are "wholly insubstantial" or "obviously frivolous" (citations omitted)).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
Daniel J. Reidy
Deputy Clerk